IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY MARTINEZ,

    Plaintiff,

vs.                                                                             No. 2:15-cv-00845 CG/SMV

FREEPORT-MCMORAN INC., f/k/a
FREEPORT-MCMORAN COPPER &
GOLD INC., a Delaware corporation,

    Defendant.

## ORDER VACATING AND RESETTING
## TELEPHONIC RULE 16 SCHEDULING CONFERENCE

    **Date and time**:    January 29, 2016, at 9:30 a.m.

    **Matter to be heard**:  Rule 16 Scheduling Conference

    The telephonic Rule 16 Scheduling Conference set for January 21, 2016, [Doc. 7], is VACATED and RESET for **January 29, 2016, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and when to schedule a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.